**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: Chase R. Kerrey and Sarah Kerrey, | Case No. 26-12834-amc |
| *Debtors*. | Adv. No. 26-00176-amc |
| Chase R. Kerrey, <br> Sarah Kerrey, | Chapter 7 |
| *Plaintiffs*, | |
| v. | |
| U.S. Department of Education, <br> Edfinancial Services LLC, | |
| *Defendants*. | |

**Certificate of Service**

I, Michael I. Assad, certify that on July 17, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- First Amended Complaint

- Summons

I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: July 17, 2026

/s/ Michael I. Assad
Michael I. Assad
Law Office of Mike Assad, P.C.
923 Haddonfield Drive, Suite 336
Cherry Hill, NJ 08002
609-808-3300
mike@assad.law

## Mailing List Exhibit

| Name and Address of Party Served | Relationship to Case | Mode of Service |
|---|---|---|
| General Counsel<br>U.S. Department of Education<br>400 Maryland Ave SW<br>Washington, DC 20202-0001 | Defendant | ☒ First Class Mail |
| Chief Legal Officer<br>Edfinancial Services LLC<br>120 North Seven Oaks Drive<br>Knoxville, TN 37922 | Defendant | ☒ First Class Mail |
| Hon. Todd Blanche<br>Acting Attorney General<br>950 Pennsylvania Ave NW<br>Washington, DC 20530-0009 | Interested Party | ☒ First Class Mail |
| Hon. David Metcalf<br>United States Attorney<br>Attn: Civil Process Clerk<br>615 Chestnut St Ste 1250<br>Philadelphia, PA 19106-4404 | Interested Party | ☒ First Class Mail |