**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | |
| Chase R. Kerrey | : | |
| And Sarah Kerrey, | : | Bankruptcy No. 26-12834-amc |
| | : | Chapter 7 |
| Debtors. | : | |
| | : | |
| Chase R. Kerrey, | : | |
| Sarah Kerrey | | : |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Adv. Proceeding No. |
| | : | 26-00176-amc |
| | : | |
| U.S. Department of Education, | : | |
| Edfinancial Services, LLC, | : | |
| | : | |
| Defendants. | : | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

Pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9010(B) and Local Rule 2002-1, please take notice that Assistant U.S. Attorney Andrew Fuchs notes his appearance on behalf of the United States of America – Department of Education (ED). Please Serve a copy of all further pleadings (including motions, applications, orders, financial and other reports) served or filed in this case upon the undersigned attorney at the address below.

Andrew R. Fuchs,
Assistant United States Attorney
U.S. Attorney's Office, Eastern District of Pennsylvania
615 Chestnut Street, Suite 1250
Philadelphia, Pa 19106
Phone: 215-861-8350
Fax: 215-861-8618
Email: Andrew.Fuchs@usdoj.gov

Respectfully Submitted,

DAVID METCALF
United States Attorney

*/s/ Andrew R. Fuchs*

Dated: September 17, 2026

ANDREW R. FUCHS
Assistant United States Attorney
United States Attorney's Office
Eastern District Of Pennsylvania
615 Chestnut Street, Suite 1250
Philadelphia, Pa 19106
Phone: 215-861-8350
Fax: 215-861-8618
Andrew.Fuchs@usdoj.gov

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | |
| Chase R. Kerrey | : | |
| And Sarah Kerrey, | : | Bankruptcy No. 26-12834-amc |
| | : | Chapter 7 |
| Debtors. | : | |
| | : | |
| Chase R. Kerrey, | : | |
| Sarah Kerrey | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Adv. Proceeding No. |
| | : | 26-00176-amc |
| | : | |
| U.S. Department of Education, | : | |
| Edfinancial Services, LLC, | : | |
| | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I certify that on this date, the foregoing Notice of Appearance and Request for Notice was filed electronically and is available for viewing and downloading from the Court's ECF system.

Dated: September 17, 2026

/s/ *Andrew R. Fuchs*
ANDREW R. FUCHS