United States Bankruptcy Court
Eastern District of Pennsylvania

Kerrey,
Plaintiff
Adv. Proc. No. 26-00176-amc
U.S. Department of Education,
Defendant

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 2
Date Rcvd: Sep 24, 2026 Form ID: pdf900 Total Noticed: 9

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| ust | + | James Gannone, DOJ-Ust, Robert N.C. Nix Federal Courthouse, 900 Market Street, Suite 320 Philadelphia, PA 19107-4202 |
| pla | + | Chase R Kerrey, 236 Clamar Avenue, Havertown, PA 19083-4910 |
| pla | + | Sarah Kerrey, 236 Clamar Avenue, Havertown, PA 19083-4910 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 25 2026 02:17:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 25 2026 02:17:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: ustpregion03.ha.ecf@usdoj.gov | Sep 25 2026 02:17:00 | Office of The United States Trustee (Harrisburg), Sylvia H. Rambo United States Courthouse, 1501 N. 6th St., Box 302, Harrisburg, PA 17102-1104 |
| ust | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Sep 25 2026 02:17:00 | United States Trustee, Office of United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |
| dft | + | Email/Text: EBN@edfinancial.com | Sep 25 2026 02:17:00 | Edfinancial Services, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| dft | + | Email/Text: edbknotices@ecmc.org | Sep 25 2026 02:17:00 | U.S. Department of Education, 400 Maryland Avenue SW, Washington, DC 20202-0008 |

TOTAL: 6

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Robert Fuchs | on behalf of Defendant U.S. Department of Education andrew.fuchs@usdoj.gov beth.fuhrhop@usdoj.gov |
| MICHAEL I. ASSAD | on behalf of Plaintiff Chase R Kerrey mike@assad.law mike.assad.law@recap.email;lawofficeofmikeassadpc@jubileebk.net;mike_482@ecf.courtdrive.com |
| MICHAEL I. ASSAD | on behalf of Plaintiff Sarah Kerrey mike@assad.law mike.assad.law@recap.email;lawofficeofmikeassadpc@jubileebk.net;mike_482@ecf.courtdrive.com |

TOTAL: 3

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re:<br>Chase R. Kerrey<br>And Sarah Kerrey,<br><br>Debtors. | :<br>:<br>:<br>:<br>: | <br><br>Bankruptcy No. 26-12834-amc<br>Chapter 7 |
| Chase R. Kerrey,<br>Sarah Kerrey<br><br>Plaintiffs,<br><br>v.<br><br>U.S. Department of Education,<br>Edfinancial Services, LLC,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | <br><br><br><br><br><br>Adv. Proceeding No.<br>26-00176-amc |

**ORDER**

AND NOW, this 24th day of Sept., 2026, upon consideration of Defendant's Motion for an Extension, it is hereby ORDERED that the motion is GRANTED. Defendant shall file a response to the Complaint on or before November 17, 2026.

BY THE COURT:

Dated: Sept. 24, 2026

HONORABLE ASHELY M. CHAN
*Judge, United States Bankruptcy Court*