**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re:<br>Chase R. Kerrey<br>And Sarah Kerrey,<br><br>Debtors. | : | Bankruptcy No. 26-12834-amc<br>Chapter 7 |
| Chase R. Kerrey,<br>Sarah Kerrey<br><br>Plaintiffs,<br><br>v.<br><br>U.S. Department of Education,<br>Edfinancial Services, LLC,<br><br>Defendants. | : | Adv. Proceeding No.<br>26-00176-amc |

**ORDER**

AND NOW, this ___ day of _______________, 2026, upon consideration of Defendant's Motion for an Extension, it is hereby ORDERED that the motion is GRANTED. Defendant shall file a response to the Complaint on or before January 17, 2027.

BY THE COURT:

Dated:_______________, 2026

_____________________________
HONORABLE ASHELY M. CHAN
*Judge, United States Bankruptcy Court*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re:<br>Chase R. Kerrey<br>And Sarah Kerrey,<br><br>Debtors. | : | Bankruptcy No. 26-12834-amc<br>Chapter 7 |
| Chase R. Kerrey,<br>Sarah Kerrey<br><br>Plaintiffs,<br><br>v.<br><br>U.S. Department of Education,<br>Edfinancial Services, LLC,<br><br>Defendants. | : | Adv. Proceeding No.<br>26-00176-amc |

**MOTION FOR AN EXTENSION OF TIME IN WHICH DEFENDANT MAY RESPOND TO THE COMPLAINT**

Defendant U.S. Department of Education respectfully moves this Honorable Court to extend the date on which it must respond to the complaint to January 17, 2027. The basis for this motion is set forth below:

1. Plaintiffs/Debtors filed an adversary complaint on July 17, 2026, seeking discharge of their federally-insured student loans pursuant to 11 U.S.C. § 523(a)(8).

2. In November 2022, the United States announced guidance to Department of Justice attorneys addressing the discharge of federal student loan debt in bankruptcy.

3. The parties are pursuing resolution in accordance with the guidance relating to discharge of student loans in bankruptcy. This process may result in a stipulated agreement on the relevant facts necessary to make a discharge determination.

4. Plaintiffs are working on submitting requested information about their

financial statuses as part of the DOJ review process so that information can be considered by the U.S. Department of Education for a determination on how to proceed.

5. The parties agree that the U.S. Department of Education's responsive pleading deadline should be extended to allow time for it to complete its review of the relevant information that may allow the parties to resolve the adversary case without further litigation.

6. Plaintiffs consent to this extension.

7. Defendant U.S. Department of Education shall file a response to the complaint on or before **January 17, 2027**.

Respectfully submitted,

DAVID METCALF
United States Attorney

/s/ *Andrew R. Fuchs*
ANDREW R. FUCHS
Assistant United States Attorney
Eastern District of Pennsylvania
615 Chestnut Street, Suite 1250
Philadelphia PA, 19106

Dated: November 19, 2026

*Counsel for Department of Education*

**CERTIFICATE OF COUNSEL PURSUANT TO LOCAL RULE 7.1(b)**

I certify that on November 19, 2026, I spoke with Plaintiffs' counsel, who confirmed that he does not oppose this motion for extension of time for Defendant U.S. Department of Education's response to the complaint.

Dated: November 19, 2026

*<u>/s/ Andrew R. Fuchs</u>*
ANDREW R. FUCHS
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of November, 2026, I served a true and correct copy of the foregoing Motion for an Extension of Time via CM/ECF on all parties of record.

/s/ *Andrew R. Fuchs*
ANDREW R. FUCHS
Assistant United States Attorney