**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re:<br>Chase R. Kerrey<br>And Sarah Kerrey,<br><br>Debtors. | :<br>:<br>:<br>:<br>: | <br><br>Bankruptcy No. 26-12834-amc<br>Chapter 7 |
| Chase R. Kerrey,<br>Sarah Kerrey<br><br>Plaintiffs,<br><br>v.<br><br>U.S. Department of Education,<br>Edfinancial Services, LLC,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | <br><br><br><br><br>Adv. Proceeding No.<br>26-00176-amc |

**ORDER**

AND NOW, this 24th day of November, 2026, upon consideration of Defendant's Motion for an Extension, it is hereby ORDERED that the motion is GRANTED. Defendant shall file a response to the Complaint on or before January 17, 2027.

BY THE COURT:

Dated: November 24, 2026

HONORABLE ASHELY M. CHAN
*Judge, United States Bankruptcy Court*